FILED

2026 MAY 21 AM 10: 33

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

Name: _____

Address: _____

_____

Phone: _____

Fax: _____

In Pro Per

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| USA | CASE NUMBER: |
|---|---|
| | 8:22-cr-00086-SB |
| **Plaintiff** | |
| v. | Request of |
| James Lightesy ETEL | Sentencing Transcprits |
| **Defendant(s).** | ( Enter document title in the space provided above) |

I'm requesting sentencing transcprits # 24
and 32 documents I need for my son
James Lightcoy to be unsealed.
                                        Thanks

_Page Number_

CV-127 (09/09)          PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

5-21-26

I, Queenie Lightesy is the mother of James Lightesy incarcerated at, Lompoc CA-1 case # SACR 22-86-SB2 need documents sealed his requesting Sentencing transcripts 24 and 32 sealed requesting Judge to unseal

thanks

Queenie Lightesy